# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:08 am, Jun 30, 2022*
**JEFFREY P. COLWELL, CLERK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>CASIMIRO MUNOZ ZAMORA," also known as ("aka") "Casimiro Zamora Munoz,"<br><br>DEFENDANT. | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br>**Colorado Case No. 1:22-mj-00113-SKC**<br>CASE NO.: 8:21-mj-00829-DUTY |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest <u>CASIMIRO MUNOZ ZAMORA," also known as ("aka") "Casimiro Zamora Munoz"</u> and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with <u>Illegal Alien Found in the United States Following Deportation or Removal</u> in violation of <u>Title 8, United States Code, Section 1326(a), (b)(1)</u>

REC: BY AUSA Brad Marrett     [Detention]

| | |
|---|---|
| December 15, 2021<br>Date | Autumn D. Spaeth<br>HONORABLE AUTUMN D. SPAETH |
| | /s/ Autumn D. Spaeth<br>Signature of Magistrate Judge |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at (location): Centennial, Colorado

| DATE RECEIVED<br>6/28/2022 | NAME AND TITLE OF ARRESTING OFFICER B. TALBOT<br>Deportation Officer | SIGNATURE OF ARRESTING OFFICER<br>/s/ Talbot |
|---|---|---|
| DATE OF ARREST<br>6/30/2022 | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
12/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
12/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KH___ DEPUTY

United States of America

v.

CASIMIRO MUNOZ ZAMORA," also known as ("aka") "Casimiro Zamora Munoz,"

Defendant.

Case No. 8:21-mj-00829-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>October 29, 2021</u> in the County of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG
Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 15, 2021

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. AUTUMN D. SPAETH
U.S. Magistrate Judge
Printed name and title

**A F F I D A V I T**

I, Jared Bromberg, being duly sworn, declare and state as follows:

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office. Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE beginning in February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") beginning in July 2004. Prior to working for CBP, I worked as an Immigration Inspector for INS beginning in August 2002.

2. This affidavit is made in support of a complaint and arrest warrant for CASIMIRO MUNOZ ZAMORA, also known as ("aka") "Casimiro Zamora Munoz" (MUNOZ), charging a violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal). The facts set forth in this affidavit are based upon my personal

observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of, or investigation into, this matter.

3. On or about October 29, 2021, ICE received information that MUNOZ had been recently encountered in Anaheim, California. On or about October 29, 2021, MUNOZ was transferred from the custody of the Anaheim Police Department to the custody of the Orange County Sheriff's Department.

4. On or about October 30, 2021, ICE received information that MUNOZ had been recently encountered in Santa Ana, California. On or about October 30, 2021, MUNOZ was released from the custody of the Orange County Sheriff's Department.

5. A preliminary records check of the DHS database was conducted which revealed that Alien File Number ("A-File") A78 253 211 is assigned to MUNOZ. An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is

maintained. Further records checks revealed that MUNOZ was previously deported to Mexico.

6. On or about December 2, 2021, I received a booking photograph of MUNOZ taken by the Orange County Sheriff's Department upon his October 2021 arrest.

7. On or about December 8, 2021, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and Federal Bureau of Investigation ("FBI") Identification Record for MUNOZ, the individual who is the subject of this affidavit and who was released from the custody of the Orange County Sheriff's Department. I compared the data on the CII and FBI to that found in the DHS Central Index System ("CIS") under the assigned A-File, which I believe is MUNOZ's alien number. I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File. I found that the data from the CII, FBI, and CIS records contained in MUNOZ's A-File contain the same FBI identification number that is found in the CII, FBI, and CIS records that I obtained. In addition, the CII and FBI printouts I obtained reflect the convictions that are described below. Based on this review, I believe that MUNOZ is the same person who incurred the convictions described below and who was ordered deported and/or

removed as described in the A-File.

8. On or about December 8, 2021, I reviewed Alien File Number A78 253 211 ("A-File"), which is maintained for subject alien MUNOZ. A review of MUNOZ's A-File revealed the following information and documents:

a. Photographs of the alien subject to whom A-File A78 253 211 corresponds. I compared these photographs to the booking photograph of MUNOZ obtained from the Orange County Sheriff's Department. These photographs appear to depict the same person. Thus, I believe that A-File A78 253 211 and its contents correspond to MUNOZ.

b. A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Immigration Inspector Juan Navarro encountered MUNOZ on or about June 4, 2000, at the Port of Entry, Otay Mesa, California.

c. A Notice and Order of Expedited Removal showing that MUNOZ was ordered removed from the United States to Mexico by Regina McGuire, Assistant Area Port Director, on or about June 4, 2000.

d. An executed Notice to Alien Ordered Removed/Departure Verification indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about June 4, 2000, at the Port of Entry Otay Mesa,

California.

      e.   A Notice and Order of Expedited Removal showing that MUNOZ was ordered removed from the United States to Mexico by R. McGuire, Assistant Area Port Director, on or about June 10, 2000.

      f.   An executed Notice to Alien Ordered Removed/Departure Verification indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about June 10, 2000, at the Port of Entry Otay Mesa, California.

      g.   An executed Warrant of Removal/Deportation indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about October 17, 2003, at the Port of Entry San Ysidro, California.

      h.   An executed Warrant of Removal/Deportation indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about July 26, 2006, at the Port of Entry San Ysidro, California.

      i.   An executed Warrant of Removal/Deportation indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about January 17, 2007, at the Port of Entry San Ysidro, California.

      j.   An executed Warrant of Removal/Deportation

indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about March 31, 2009, at the Port of Entry Calexico, California.

k. An executed Warrant of Removal/Deportation indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about March 20, 2014.

l. An executed Warrant of Removal/Deportation indicating that MUNOZ was officially removed and deported from the United States to Mexico on or about September 27, 2018, at the Port of Entry San Ysidro, California.

m. I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Notices to Alien Ordered Removed/Departure Verification and Warrants of Removal/Deportation in MUNOZ's A-File contain his photograph, signature, and fingerprint.

n. A certified record of conviction indicating that on or about November 30, 2005, MUNOZ was convicted of two counts of Driving Under the Influence of Alcohol/Drugs with Three or

More Priors, in violation of California Vehicle Code, Section 23152(a) and two counts of Driving With Blood Alcohol .08% or More, in violation of California Vehicle Code, Section 23152(b) in the Superior Court of the State of California, County of Orange, Case Number 04HF1342, for which MUNOZ was sentenced to 16 months of imprisonment.

      o.  A certified record of conviction indicating that on or about August 20, 2008, MUNOZ was convicted of Driving Under the Influence of Alcohol/Drugs with Three or More Priors, in violation of California Vehicle Code, Section 23152(a), in the Superior Court of the State of California, County of Orange, Case Number 08HF1347, for which MUNOZ was sentenced to 16 months of imprisonment.

      p.  A record of conviction indicating that on or about August 27, 2018, MUNOZ was convicted of Illegal Alien Found in the United States Following Deportation, in violation of Title 8, United States Code, Sections 1326(a), (b)(1), in the United States District Court for the Central District of California, Case Number SA CR 18-00081-CJC, for which MUNOZ was sentenced to six months of imprisonment.

    9.  I found nothing in MUNOZ's A-File that indicated that he had applied to the United States Attorney General or his designated successor, the Secretary of Homeland Security, for

permission to re-enter the United States following deportation and removal. Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

10. On or about December 8, 2021, I reviewed the DHS computer indices relating to MUNOZ. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that MUNOZ had been removed and deported on or about the dates indicated on the Notices to Alien Ordered Removed/Departure Verification and the Warrants of Removal/Deportation found in MUNOZ's A-File. The DHS computer indices further indicated that MUNOZ had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since MUNOZ had last been deported.

11. Based on my review of the contents of the A-File, I believe that MUNOZ is an alien, that he is a citizen of Mexico, and that he illegally re-entered the United States without permission.

12. Based upon the information indicated above, including

the Notices and Order of Expedited Removal, Notices to Alien Ordered Removed/Departure Verification, Warrants of Removal/Deportation, copies of conviction documents, a booking photograph taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that CASIMIRO MUNOZ ZAMORA is in violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).

/s/
JARED BROMBERG
Deportation Officer
United States Department of
Homeland Security, Immigration
and Customs Enforcement

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone
on this 15th day of December, 2021.


   /s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE